**Microsoft** | AppSource

Sign in ∨

🔍 Search AppSource

Apps  >  **Ghostwriter Legal**

# Ghostwriter Legal

by Smart Barn Technologies

📄 Word

★ 3.8 (4 ratings)

Pricing **Additional purchase may be required**    **Get it now**

---

**Overview**      Ratings + reviews      Details + support

By getting this product, I give Microsoft permission to use or share my account information so that the provider can contact me regarding this product and related products. I agree to the provider's terms of use and privacy policy and understand that the rights to use this product do not come from Microsoft, unless Microsoft is the provider. Use of terms is governed by separate privacy and {4}.

**Transform Your Law Firm with ChatGPT: Accelerate Legal Productivity and Review!**

Introducing Ghostwriter Legal, powered by OpenAI's ChatGPT, the ultimate writing assistant for Microsoft Office tailored specifically for legal professionals. Imagine effortlessly transforming your ideas into polished, professional documents with ease. Gone are the days of staring at a blank page—Ghostwriter's cutting-edge natural language processing and machine learning technology streamline your writing process, making it more efficient and precise.

Designed with lawyers in mind, Ghostwriter Legal understands your specialized terminology and workflows, ensuring that your content is both accurate and relevant. Whether you're in the office or on the go, Ghostwriter Legal is accessible on Windows, Mac, Web, and iPad, so you can work seamlessly from any location.

Experience the power of Ghostwriter Legal risk-free with our free trial, offering you a sneak peek into its exceptional capabilities. Once you're convinced, a one-time payment unlocks the full potential of the OpenAI GPT models, complete with lifetime updates and bug fixes. Empower your legal writing today with Ghostwriter Legal and revolutionize how you produce professional content.

Available models in Microsoft Word include:

- GPT 4 from OpenAI

- GPT 4 Turbo from OpenAI

- GPT 4o from OpenAI

- GPT 4o Mini from OpenAI

Other AI models available via Connectors

- GPT 5 from OpenAI (when available)

- OpenAI o1 Thinking models


GOVERNMENT EXHIBIT
1

- OpenAI o1 Mini Thinking model

Microsoft Azure

- GPT-4-Turbo from Microsoft Azure

- GPT-4 from Microsoft Azure

- GPT-4o from Microsoft Azure

- GPT-4o Mini from Microsoft Azure

Google - Gemini Pro

Anthropic - Claude Models

Mistral AI Models

Meta Llama Models

The Word add-in lets you:

- select text in a document to apply a prompt on

- insert in tracked change mode

- refine your writing in the chat

This add-in will help you achieve tasks such as:

- classifying and categorizing text like reviews

- bulk translating

- maintaining product catalogs

- summarizing reviews or feedback

- writing responses to online comments

- trying different versions of a prompt quickly

- working on landing page copy

- write a book

- have the ai rewrite your ideas for better understanding

- create inline comments to your content

Ghostwriter-AI is not affiliated with OpenAI and is an independent developer

## App capabilities
When this app is used, it
- Can read and make changes to your document
- Can send data over the Internet

**At a glance**






## Other apps from Smart Barn Technologies



### Autopilot

Smart Barn Technologies

Excel • PowerPoint +1

FREE GPT for Word, Excel and PowerPoint that is better than Copilot

★ 2.5 (8 ratings)

Free

[ Get it now ]



### Ghostwriter

Smart Barn Technologies

Excel • PowerPoint +1

GPT for Word, Excel and PowerPoint that is better than Copilot and ChatGPT

★ 4.3 (30 ratings)

Additional purchase may be required

[ Get it now ]



### Ghostwriter for Microsoft Outlook

Smart Barn Technologies

Outlook

GPT for Microsoft Outlook that is better than Copilot and ChatGPT

★ 3.6 (5 ratings)

Additional purchase may be required

[ Get it now ]



### Ghostwriter Author

Smart Barn Technologies

Word

GPT for Word that elevates your writings that is better than Copilot and ChatGPT

★ 4.8 (4 ratings)



### Ghostwriter Ultimate

Smart Barn Technologies

Word

The Best GPT for Word that is better than Copilot and ChatGPT

**Additional purchase may be required**

Get it now

**Additional purchase may be required**

Get it now

| What's new | Microsoft Store | Education | Business | Developer & IT | Company |
|---|---|---|---|---|---|
| Surface Pro | Account profile | Microsoft in education | Microsoft Cloud | Azure | Careers |
| Surface Laptop | Download Center | Devices for education | Microsoft Security | Microsoft Developer | About Microsoft |
| Surface Laptop Studio 2 | Microsoft Store support | Microsoft Teams for Education | Dynamics 365 | Microsoft Learn | Company news |
| Surface Laptop Go 3 | Returns | | Microsoft 365 | Support for AI marketplace apps | Privacy at Microsoft |
| Microsoft Copilot | Order tracking | Microsoft 365 Education | Microsoft Power Platform | Microsoft Tech Community | Investors |
| AI in Windows | Certified Refurbished | How to buy for your school | Microsoft Teams | Azure Marketplace | Diversity and inclusion |
| Explore Microsoft products | Microsoft Store Promise | Educator training and development | Microsoft 365 Copilot | AppSource | Accessibility |
| Windows 11 apps | Flexible Payments | Deals for students and parents | Small Business | Visual Studio | Sustainability |
| | | AI for education | | | |

 English (United States)   Your Privacy Choices   Consumer Health Privacy

Sitemap    Contact us    Privacy & cookies    Terms of use    Trademarks    About our ads    © Microsoft 2025



GOVERNMENT
EXHIBIT

# Ghostwriter

# Add-Ins

Introducing Ghostwriter OpenAI ChatGPT add-in for Microsoft Office – the revolutionary writing assistant allowing you to brainstorm, plan, and create content faster than ever before

## Introducing Ghostwriter for Microsoft Office

## AVAILABLE IN THE OFFICE ADD-IN STORE

Click on the Get Add-ins button on the ribbon bar, search for Ghostwriter, and click Add



# PURCHASE OPTIONS

While big tech makes you the product, I take privacy seriously.
I am committed to providing a secure and private experience
that puts your privacy first



## Ghostwriter Word Basic

This edition is perfect for students at all levels of education.

### Details...

- Writing styles and tones
- Creative setting
- Response length
- **GPT4o Mini, GPT4.1 Mini**
- Office 2021/M365/O365

- Windows, Mac, Web, iPad
- Single user product key
- Watch Product Video (https://youtu.be/uz1_JuzMlwE)
- Install from Office Store (https://appsource.microsoft.com/en-us/product/office/WA200005107)
- One-time Purchase!

A shared OpenAI API key is included in the purchased. We always recommend getting your own key from OpenAI for complete privacy.

# PRICE 50.00 USD



Powered by **PayPal**

(note: you should receive your product key in about an hour from purchase, please check your spam folders. If you didn't receive it, please send me an email (mailto:patrick@ghostwriter-ai.com))



## Ghostwriter Word PRO

Used in our Bundle edition, this add-in is used by over a half a million users around the world.

**Details...**

- **Quick Action prompts**
- **50 Agents/Personas**
- Writing styles and tones
- Creative setting

- Response length
- **Language translation**
- **GPT 4.1, GPT 4o & Minis**
- Office 2021/M365/O365
- Windows, Mac, Web, iPad
- Single user product key
- Watch Product Video (https://youtu.be/6H6bYiwNyqY)
- Install from Office Store (https://appsource.microsoft.com/en-us/product/office/WA200005107)
- One-time Purchase!

A shared OpenAI API key is included in the purchased. We always recommend getting your own key from OpenAI for complete privacy.

## PRICE $100.00 USD



*Powered by* **PayPal**

(note: you should receive your product key in about an hour from purchase, please check your spam folders. If you didn't receive it, please send me an email (mailto:patrick@ghostwriter-ai.com))



Ghostwriter Word Ultimate

Our most advanced version of Ghostwriter that include the latest Reasoning models.

Details...

- Quick Action prompts
- **100 Agents/Personas**

- **AI Prompt Writer**
- **Inline Editing**
- Writing styles and tones
- Creative setting
- Response length
- Language translation
- **GPT4o, 4.1, o1, o1/o3/o4 mini**
- Office 2021/M365/O365
- Windows, Mac, Web, iPad
- Single user product key
- Watch Product Video (https://www.youtube.com/watch?v=atilQ4IdXCQ)
- Install from Office Store (https://appsource.microsoft.com/en-us/product/office/WA200007845)
- One-time Purchase!

A shared OpenAI API key is included in the purchased. We always recommend getting your own key from OpenAI for complete privacy.

## PRICE $150.00 USD



Powered by **PayPal**

(note: you should receive your product key in about an hour from purchase, please check your spam folders. If you didn't receive it, please send me an email (mailto:patrick@ghostwriter-ai.com))



Ghostwriter Office Bundle

One license that covers all your Microsoft Office app

**Details...**

- All 4 Office add-ins

- Excel Edition
- Outlook Edition
- PowerPoint Edition
- Word PRO Edition
- Single user product key
- One-time Purchase!
- Watch Product Video (https://youtu.be/f04vR2AEb6A)
- Install from Office Store (https://appsource.microsoft.com/en-us/product/office/WA200005107)

A shared OpenAI API key is included in the purchased. We always recommend getting your own key from OpenAI for complete privacy.

## PRICE $200.00 USD



Powered by **PayPal**

(note: you should receive your product key in about an hour from purchase, please check your spam folders. If you didn't receive it, please send me an email (mailto:patrick@ghostwriter-ai.com))



- Writing styles
- Written tones
- Creative setting
- Response length
- Language translation
- **GPT 4.1, GPT 4o**
- Azure Cognitive Services available
- Office 2021/M365/O365
- Windows, Mac, Web, iPad
- Single user product key
- One-time Purchase!
- Watch Product Video (https://youtu.be/uz1_JuzMIwE)
- Install from Office Store (https://appsource.microsoft.com/en-us/product/office/WA200005160?tab=Overview)

A shared OpenAI API key is included in the purchased. We always recommend getting your own key from OpenAI for complete privacy.

## PRICE $50.00 USD



*Powered by* **PayPal**

(note: you should receive your product key in about an hour from purchase, please check your spam folders. If you didn't receive it, please send me an email (mailto:patrick@ghostwriter-ai.com))



Ghostwriter Excel

Select your table of data and ask Ghostwriter to ana

**Details...**

- Quick Action prompts
- Personas
- Written tones
- Generate sample data
- Creative setting
- Response length
- Language translation
- **GPT 4.1, GPT 4o**
- Azure Cognitive Services available
- Office 2021/M365/O365
- Windows, Mac, Web, iPad
- Single user product key
- One-time Purchase!
- Watch Product Video (https://youtu.be/nmBUuvRU154)
- Install from Office Store (https://appsource.microsoft.com/en-us/product/office/WA200005107)

A shared OpenAI API key is included in the purchased. We always recommend getting your own key from OpenAI for complete privacy.

## PRICE $50.00 USD



Powered by **PayPal**

(note: you should receive your product key in about an hour from purchase, please check your spam folders. If you didn't receive it, please send me an email (mailto:patrick@ghostwriter-ai.com))





**Details...**

- Quick Action prompts
- Personas
- Written tones
- Writing styles
- Creative setting
- Response length
- Language translation
- **GPT 4.1, GPT 4o**
- Azure Cognitive Services available
- Office 2021/M365/O365
- Windows, Mac, Web, iPad
- Single user product key
- One-time Purchase!
- Watch Product Video (https://youtu.be/d5UkvImZSI8)
- Install from Office Store (https://appsource.microsoft.com/en-us/product/office/WA200005107)

A shared OpenAI API key is included in the purchased. We always recommend getting your own key from OpenAI for complete privacy.

# PRICE $50.00 USD



*Powered by* **PayPal**

(note: you should receive your product key in about an hour from purchase, please check your spam folders. If you didn't receive it, please send me an email (mailto:patrick@ghostwriter-ai.com))





## Ghostwriter Professionals

Our Profession Editions take you deeper into specific careers and industries to match your roles, document types and your workflows. Take a minute to browse these editions and see how they will benefit your position.

**VIEW PROFESSION EDITIONS (PROFESSIONS.HTML)**

## Additional AI Models

Choose models that work best for your specific needs.

**Available models...**

- OpenAI o1 Reasoning
- Google AI
- Grok by xAI
- Microsoft Azure AI
- Meta Llama
- Anthropic Claude
- Mistral AI

**GET MORE MODELS (AISERVICES.HTML)**





# AI that knows YOU!

We have specifically crafted Microsoft Word add-ins for many professional careers. Make sure you take a few minutes to check them out! The ai can assume roles, document types and more in helping you craft compelling content.

**VIEW PROFESSIONS (PROFESSIONS.HTML)**

# CONSULTING

It's a level of experience that few have ever attained.

The potential of AI technologies is truly remarkable, and I'm proud to have been part of the journey. I'm confident that by leveraging these technologies correctly, businesses of all sizes can benefit from their use.

Having released the Ghostwriter add-ins, I've been inundated with requests for assistance in planning, implementing and customizing AI technologies for specific use cases. I'm confident that I can help your business develop an AI roadmap to ensure you make the most of these technologies, and take full advantage of their potential.

Don't miss out on the opportunity to benefit from the power of AI. Contact me today to discuss how I can help you get the most out of these cutting-edge technologies.

Patrick Husting

Contact me on (https://www.linkedin.com/in/husting/)





Check out my GETTING STARTED DOCUMENT (GettingStartedwithGhostwriter.pdf) if you have any questions or issues.



704 228th AVE NE. #813
Sammamish, WA 98074



patrick
@ghostwriter-ai.com



Contact me on LinkedIn
(https://www.linkedin.com/in/hustin

© Ghostwriter-AI Inc. All rights reserved, Terms of Use and Privacy Policy (privacypolicy.html)



GOVERNMENT EXHIBIT

3