IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CRIM. ACT. NO. 1:24-cr-112-TFM |
| | ) |
| GLENNIE ANTONIO MCGEE | ) |
| ECHANDZA DIANCA MAXIE | ) |
| EXAVIERIA DEAGNES MAXIE | ) |

## VERDICT FORM

### COUNT ONE

(Glennie Antonio McGee, aka "Little G," aka "Little Man")

We, the Jury, unanimously find the Defendant Glennie McGee

GUILTY  ✓            NOT GUILTY _____

of the offense charged in Count One of the Superseding Indictment, that is, Continuing Criminal Enterprise, in violation of Title 21, United States Code, Section 848(a).

---continued next page---

## COUNT TWO

### (Glennie Antonio McGee, aka "Little G," aka "Little Man")

1. We, the Jury, unanimously find the Defendant Glennie McGee

**GUILTY** ___✓___     **NOT GUILTY** _____

of the offense charged in Count Two of the Superseding Indictment, that is, Conspiracy to Possess with Intent to Distribute Cocaine, in violation of Title 21, United States Code, Section 846.

*Note: If you find the Defendant Not Guilty as charged in Count Two, you need not consider paragraph 2 below.*

(Answer only if you found the Defendant guilty of Count Two above.)

2. We, the Jury, having found the Defendant Glennie McGee guilty of the offense charged in Count Two, further unanimously find with respect to Count Two that he conspired to possess with intent to distribute cocaine in the amount shown below:

(place an X in the appropriate box)

| | | | |
|---|---|---|---|
| (i) | Weighing 5 kilograms or more | ✓ |
| (ii) | Weighing 500 grams or more | ☐ |
| (iii) | Weighing less than 500 grams | ☐ |

**---continued next page---**

## COUNT TWO

### (Echandza Dianca Maxie, aka "Chan")

1. We, the Jury, unanimously find the Defendant Echandza Maxie

GUILTY __✓__    NOT GUILTY _____

of the offense charged in Count Two of the Superseding Indictment, that is, Conspiracy to Possess with Intent to Distribute Cocaine, in violation of Title 21, United States Code, Section 846.

*Note: If you find the Defendant Not Guilty as charged in Count Two, you need not consider paragraph 2 below.*

(Answer only if you found the Defendant guilty of Count Two above.)

2. We, the Jury, having found the Defendant Echandza Maxie guilty of the offense charged in Count Two, further unanimously find with respect to Count Two that she conspired to possess with intent to distribute cocaine in the amount shown below:

(place an X in the appropriate box):

   (i)   Weighing 5 kilograms or more          ☒

   (ii)  Weighing 500 grams or more            ☐

   (iii) Weighing less than 500 grams          ☐

---continued next page---

## COUNT THREE

### (Glennie Antonio McGee, aka "Little G," aka "Little Man")

1. We, the Jury, unanimously find the Defendant Glennie McGee

**GUILTY** ✓ **NOT GUILTY** _____

of the offense charged in Count Three of the Superseding Indictment, that is, Conspiracy to Possess with Intent to Distribute Fentanyl, in violation of Title 21, United States Code, Section 846.

*Note: If you find the Defendant Not Guilty as charged in Count Three, you need not consider paragraph 2 below.*

(Answer only if you found the Defendant guilty of Count Three above.)

2. We, the Jury, having found the Defendant Glennie guilty of the offense charged in Count Three, further unanimously find with respect to Count Three that he conspired to possess with intent to distribute fentanyl in the amount shown below:

(place an X in the appropriate box):

| | | |
|---|---|---|
| (i) | Weighing 400 grams or more | ☑ |
| (ii) | Weighing 40 grams or more | ☐ |
| (iii) | Weighing less than 40 grams | ☐ |

---continued next page---

## COUNT FOUR

**(Glennie Antonio McGee, aka "Little G," aka "Little Man")**

We, the Jury, unanimously find the Defendant Glennie McGee

GUILTY ____✓____          NOT GUILTY _____

of the offense charged in Count Four of the Superseding Indictment, that is, Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

---continued next page---

## COUNT FIVE

**(Glennie Antonio McGee, aka "Little G," aka "Little Man")**

We, the Jury, unanimously find the Defendant Glennie McGee

**GUILTY**   ✓   **NOT GUILTY** _____

of the offense charged in Count Five of the Superseding Indictment, that is, Possession of a Firearm by a Prohibited Person (Felon), in violation of Title 18, United States Code, Section 922(g)(1).

---continued next page---

## COUNT SIX

### (Glennie Antonio McGee, aka "Little G," aka "Little Man")

1. We, the Jury, unanimously find the Defendant Glennie McGee

**GUILTY** ✓   **NOT GUILTY** _____

of the offense charged in Count Six of the Superseding Indictment, that is, Distribution of Fentanyl, in violation of Title 21, United States Code, Section 841(a)(1).

*Note: If you find the Defendant Not Guilty as charged in Count Six, you need not consider paragraph 2 below.*

(Answer only if you found the Defendant guilty of Count Six above.)

2. We, the Jury, having found the Defendant Glennie McGee guilty of the offense charged in Count Six, further unanimously find with respect to Count Six that he distributed Fentanyl in the amount shown below:

(place an X in the appropriate box):

    (i)    Weighing 40 grams or more    ☑

    (ii)    Weighing less than 40 grams    ☐

**---continued next page---**

## COUNT SEVEN

### (Glennie Antonio McGee, aka "Little G," aka "Little Man")

1. We, the Jury, unanimously find the Defendant Glennie McGee

GUILTY    ✓    NOT GUILTY _____

of the offense charged in Count Seven of the Superseding Indictment, that is, Possession with Intent to Distribute Cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

*Note: If you find the Defendant Not Guilty as charged in Count Seven, you need not consider paragraph 2 below.*

(Answer only if you found the Defendant guilty of Count Seven above.)

2. We, the Jury, having found the Defendant Glennie McGee guilty of the offense charged in Count Seven, further unanimously find with respect to Count Seven that he possessed with intent to distribute cocaine in the amount shown below:

(place an X in the appropriate box):

    (i)    Weighing 500 grams or more    ☑

    (ii)    Weighing less than 500 grams    ☐

**---continued next page---**

## COUNT EIGHT

**(Glennie Antonio McGee, aka "Little G," aka "Little Man")**

We, the Jury, unanimously find the Defendant Glennie McGee

**GUILTY**  ✓            **NOT GUILTY** _____

of the offense charged in Count Eight of the Superseding Indictment, that is, Use of Persons Under 18 Years of Age in Drug Operations, in violation of Title 21, United States Code, Section 861(a)(2).

---continued next page---

## COUNT TEN

### (Glennie Antonio McGee, aka "Little G," aka "Little Man")

1. We, the Jury, unanimously find the Defendant Glennie McGee

**GUILTY** ✓         **NOT GUILTY** _____

of the offense charged in Count Ten of the Superseding Indictment, that is, Possession with Intent to Distribute Cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

*Note: If you find the Defendant Not Guilty as charged in Count Ten, you need not consider paragraph 2 below.*

(Answer only if you found the Defendant guilty of Count Ten above.)

2. We, the Jury, having found the Defendant Glennie McGee guilty of the offense charged in Count Ten, further unanimously find with respect to Count Ten that he possessed with intent to distribute cocaine in the amount shown below:

(place an X in the appropriate box):

| | | | |
|---|---|---|---|
| (i) | Weighing 5 kilograms or more | | ☑ |
| (ii) | Weighing 500 grams or more | | ☐ |
| (iii) | Weighing less than 500 grams | | ☐ |

**---continued next page---**

## COUNT ELEVEN

### (Echandza Dianca Maxie, aka "Chan")

We, the Jury, unanimously find the Defendant Echandza Maxie

**GUILTY** ___✓___     **NOT GUILTY** _____

of the offense charged in Count Eleven of the Superseding Indictment, that is, Firearms Trafficking Conspiracy, in violation of Title 18, United States Code, Section 933(a)(3).

---continued next page---

## COUNT ELEVEN

### (Exavieria Deagnes Maxie, aka "DD")

We, the Jury, unanimously find the Defendant Exavieria Maxie

**GUILTY**  ✓            **NOT GUILTY** _____

of the offense charged in Count Eleven of the Superseding Indictment, that is, Firearms Trafficking Conspiracy, in violation of Title 18, United States Code, Section 933(a)(3).

---continued next page---

## COUNT TWELVE

### (Echandza Dianca Maxie, aka "Chan")

We, the Jury, unanimously find the Defendant Echandza Maxie

GUILTY ✓            NOT GUILTY _____

of the offense charged in Count Twelve of the Superseding Indictment, that is, Tampering with Evidence, in violation of Title 18, United States Code, Section 1512(c)(1) and Title 18, United States Code, Section 2.

---continued next page---

## COUNT TWELVE

(Exavieria Deagnes Maxie, aka "DD")

We, the Jury, unanimously find the Defendant Exavieria Maxie

GUILTY   ✓           NOT GUILTY _____

of the offense charged in Count Twelve of the Superseding Indictment, that is, Tampering with Evidence, in violation of Title 18, United States Code, Section 1512(c)(1) and Title 18, United States Code, Section 2.

---continued next page---

## COUNT THIRTEEN

### (Echandza Dianca Maxie, aka "Chan")

We, the Jury, unanimously find the Defendant Echandza Maxie

GUILTY  ✓   NOT GUILTY _____

of the offense charged in Count Thirteen of the Superseding Indictment, that is, Disposal of a Firearm to a Prohibited Person (Felon), in violation of Title 18, United States Code, Section 922(d)(1).

---continued next page---

## COUNT FOURTEEN

### (Exavieria Deagnes Maxie, aka "DD")

We, the Jury, unanimously find the Defendant Exavieria Maxie

**GUILTY** _____    **NOT GUILTY** \_\_✓_____

of the offense charged in Count Fourteen of the Superseding Indictment, that is, Possession of a Firearm by a Prohibited Person (Felon), in violation of Title 18, United States Code, Section 922(g)(1).

---continued next page---

SO SAY WE ALL. Signed, dated, and filed in open court at the United States Courthouse, Mobile, Alabama, this the 21st day of January 2026.

_____    _____
Foreperson's signature           Foreperson's printed name

CHRISTOPHER EKMAN, CLERK

BY: _____
Deputy CLERK

FILED IN OPEN COURT

JAN 21 2026

CHRISTOPHER EKMAN
CLERK